IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| KENNETH J. WARD,<br>    Plaintiff, | §<br>§<br>§ | |
| v. | § | CIVIL ACTION NO. H-16-2199 |
| CONN APPLIANCES, INC.,<br>    Defendant. | §<br>§<br>§<br>§ | |

## **ORDER**

It is hereby **ORDERED** that any opposition to Plaintiff Kenneth J. Ward's Notice of Withdrawal of Complaint and Voluntary Dismissal of Action [Doc. # 9] must be filed by **June 26, 2017**.

SIGNED at Houston, Texas, this **14th** day of **June, 2017**.

_____
NANCY F. ATLAS
SENIOR UNITED STATES DISTRICT JUDGE

P:\ORDERS\11-2016\2199Response.wpd   170614.0836